UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

Case No. 6:15-bk-00125-CCJ
Chapter 13

MICHAEL AUBUT and
MITZY AUBUT

Debtor(s)
_____________________/

**____ Chapter 13 Plan** **__X__ Amended Chapter 13 Plan**

COMES NOW, the Debtor(s) and files this Chapter 13 Plan. The projected disposable income of the Debtor(s) is submitted to the supervision and control of the Chapter 13 Standing Trustee, and the Debtor(s) shall pay the following sums to the Chapter 13 Standing Trustee:

Plan Payments

| **Payment Number by Months** | **Amount of Monthly Plan Payment** |
|---|---|
| 1-60 (February 2015 - January 2020) | $4,000.00 |

The Debtor(s) shall mail a **money order** or **cashier's check** or **wage deduction,** to Laurie K. Weatherford, Chapter 13 Standing Trustee, P.O. Box 1103, Memphis, Tennessee 38101-1103. The Debtor(s) name and case number must be indicated clearly thereon and received by the due dates for payments established by court order.

PAYMENT OF CLAIMS THROUGH THE PLAN

**Attorney Fees**

| **Attorney Name** | **Claim Amount** | **Payment Amount** | **Payment Month Numbers** |
|---|---|---|---|
| Matthew R. Gross JD PA | $1,500.00 | $300.00 | 6-10 |
| Monitoring Fee | $2,500.00 | $50.00 | 11-60 |

**Priority Claims**
The fees and expenses of the Trustee shall be paid over the life of the Plan at the rate allowed as governed by the guidelines of the United States Trustee and

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| IRS | $18,507.88 | $400.00 | 6-10 |
| | | $650.00 | 11-35 |
| | | $257.88 | 36 |

**Secured Claims**

| Secured Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Navy FCU | $4,656.60 | $70.00 (4.5%) | 1-5 |
| | | $78.00 | 6-60 |
| Navy FCU | $2,100.60 | $29.00 (4.5%) | 1-5 |
| | | $36.00 | 11-60 |
| Selene Financial | $936,002.24 | $3,500.73 | 1-65 |
| | | $2,771.03 | 11-60 |
| Wells Fargo | STRIP | | |

**Secured Arrearage**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

**Secured Gap Payments**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

**Property to Be Surrendered:**

**Creditor Name:** **Property Address:**

**Valuation of Security**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

**(motion to value must be filed consistent with plan treatment)**

**The following Executory Contracts are assumed:**

Name of Creditor: Description of Collateral: Payment Month Numbers:

**The following Executory Contracts are rejected:**

Name of Creditor: Description of Collateral:

**Unsecured Creditors**: whose claims are allowed shall receive a pro rate share of the balance of the funds remaining after payments to Priority and Secured Creditors are made. Approximate percentage: 41%.

Property of the Estate revests in the Debtor(s) upon completion of all plan payments and the discharge of Debtor(s).

**CERTIFICATE OF SERVICE**

I/We hereby certify that a true and correct copy of the Chapter 13 Plan of Debtor(s) was furnished by United States mail, postage prepaid, to All Creditors and Parties in Interest as listed on the Court's Matrix as attached, this 3rd day of June, 2015.

/s/MICHAEL AUBUT
MICHAEL AUBUT

/s/MITZY AUBUT
MITZY AUBUT

/s/MATTHEW R. GROSS, J.D., P.A.
MATTHEW R. GROSS, J.D., P.A.
Florida Bar No.: 49863

Attorney for Debtor(s)
Matthew R. Gross, J.D., P.A.
Nejame Law Firm
189 N Orange Ave #1800
Orlando, FL 32801
Telephone: (407) 245-1232
Facsimile: (407) 842-7248
matthew@nejamelaw.com

| Filing Date | | 1/6/2015 | | | | | | | | Navy FCU | Navy FCU | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1st Pmt Date | | 2/6/2015 | | | | 10.0% | Attorney Fees | Monitoring | IRS | Dodge 06 | Dodge 04 | | | Selene | | | Wells Fargo |
| | | Unsecured | | | Debtor Pmt | Tee Fee | | Fee | | 4.5% | 4.5% | | | $0.31 | | | 2nd |
| Plan Term | 60 | | 60 | | | | $1,500.00 | $2,500.00 | $18,507.88 | $4,656.60 | $2,100.60 | | | $936,002.24 | | | $157,575.25 |
| 2/6/2015 | 1 | $0.27 | | | $4,000.00 | $400.00 | | | | 70.00 | 29.00 | | | 3,500.73 | 1 | at | STRIP |
| 3/6/2015 | 2 | $0.27 | | | $4,000.00 | $400.00 | | | | 70.00 | 29.00 | | | 3,500.73 | | | |
| 4/6/2015 | 3 | $0.27 | | | $4,000.00 | $400.00 | | | | 70.00 | 29.00 | | | 3,500.73 | | | |
| 5/6/2015 | 4 | $0.27 | | | $4,000.00 | $400.00 | | | | 70.00 | 29.00 | | | 3,500.73 | | | |
| 6/6/2015 | 5 | $0.27 | | | $4,000.00 | $400.00 | | | | 70.00 | 29.00 | 5 | at | 3,500.73 | | | |
| 7/6/2015 | 6 | $14.97 | | | $4,000.00 | $400.00 | 300.00 | | 400.00 | 78.00 | 36.00 | | | 2,771.03 | | | |
| 8/6/2015 | 7 | $14.97 | | | $4,000.00 | $400.00 | 300.00 | | 400.00 | 78.00 | 36.00 | | | 2,771.03 | | | |
| 9/6/2015 | 8 | $14.97 | | | $4,000.00 | $400.00 | 300.00 | | 400.00 | 78.00 | 36.00 | | | 2,771.03 | | | |
| 10/6/2015 | 9 | $14.97 | | | $4,000.00 | $400.00 | 300.00 | | 400.00 | 78.00 | 36.00 | | | 2,771.03 | | | |
| 11/6/2015 | 10 | $14.97 | | | $4,000.00 | $400.00 | 300.00 | | 400.00 | 78.00 | 36.00 | | | 2,771.03 | | | |
| 12/6/2015 | 11 | $14.97 | | | $4,000.00 | $400.00 | | 50.00 | 650.00 | 78.00 | 36.00 | | | 2,771.03 | | | |
| 1/6/2016 | 12 | $14.97 | | | $4,000.00 | $400.00 | | 50.00 | 650.00 | 78.00 | 36.00 | | | 2,771.03 | | | |
| 2/6/2016 | 13 | $14.97 | | | $4,000.00 | $400.00 | | 50.00 | 650.00 | 78.00 | 36.00 | | | 2,771.03 | | | |
| 3/6/2016 | 14 | $14.97 | | | $4,000.00 | $400.00 | | 50.00 | 650.00 | 78.00 | 36.00 | | | 2,771.03 | | | |
| 4/6/2016 | 15 | $14.97 | | | $4,000.00 | $400.00 | | 50.00 | 650.00 | 78.00 | 36.00 | | | 2,771.03 | | | |
| 5/6/2016 | 16 | $14.97 | | | $4,000.00 | $400.00 | | 50.00 | 650.00 | 78.00 | 36.00 | | | 2,771.03 | | | |
| 6/6/2016 | 17 | $14.97 | | | $4,000.00 | $400.00 | | 50.00 | 650.00 | 78.00 | 36.00 | | | 2,771.03 | | | |
| 7/6/2016 | 18 | $14.97 | | | $4,000.00 | $400.00 | | 50.00 | 650.00 | 78.00 | 36.00 | | | 2,771.03 | | | |
| 8/6/2016 | 19 | $14.97 | | | $4,000.00 | $400.00 | | 50.00 | 650.00 | 78.00 | 36.00 | | | 2,771.03 | | | |
| 9/6/2016 | 20 | $14.97 | | | $4,000.00 | $400.00 | | 50.00 | 650.00 | 78.00 | 36.00 | | | 2,771.03 | | | |
| 10/6/2016 | 21 | $14.97 | | | $4,000.00 | $400.00 | | 50.00 | 650.00 | 78.00 | 36.00 | | | 2,771.03 | | | |
| 11/6/2016 | 22 | $14.97 | | | $4,000.00 | $400.00 | | 50.00 | 650.00 | 78.00 | 36.00 | | | 2,771.03 | | | |
| 12/6/2016 | 23 | $14.97 | | | $4,000.00 | $400.00 | | 50.00 | 650.00 | 78.00 | 36.00 | | | 2,771.03 | | | |
| 1/6/2017 | 24 | $14.97 | | | $4,000.00 | $400.00 | | 50.00 | 650.00 | 78.00 | 36.00 | | | 2,771.03 | | | |
| 2/6/2017 | 25 | $14.97 | | | $4,000.00 | $400.00 | | 50.00 | 650.00 | 78.00 | 36.00 | | | 2,771.03 | | | |
| 3/6/2017 | 26 | $14.97 | | | $4,000.00 | $400.00 | | 50.00 | 650.00 | 78.00 | 36.00 | | | 2,771.03 | | | |
| 4/6/2017 | 27 | $14.97 | | | $4,000.00 | $400.00 | | 50.00 | 650.00 | 78.00 | 36.00 | | | 2,771.03 | | | |
| 5/6/2017 | 28 | $14.97 | | | $4,000.00 | $400.00 | | 50.00 | 650.00 | 78.00 | 36.00 | | | 2,771.03 | | | |
| 6/6/2017 | 29 | $14.97 | | | $4,000.00 | $400.00 | | 50.00 | 650.00 | 78.00 | 36.00 | | | 2,771.03 | | | |
| 7/6/2017 | 30 | $14.97 | | | $4,000.00 | $400.00 | | 50.00 | 650.00 | 78.00 | 36.00 | | | 2,771.03 | | | |
| 8/6/2017 | 31 | $14.97 | | | $4,000.00 | $400.00 | | 50.00 | 650.00 | 78.00 | 36.00 | | | 2,771.03 | | | |
| 9/6/2017 | 32 | $14.97 | | | $4,000.00 | $400.00 | | 50.00 | 650.00 | 78.00 | 36.00 | | | 2,771.03 | | | |
| 10/6/2017 | 33 | $14.97 | | | $4,000.00 | $400.00 | | 50.00 | 650.00 | 78.00 | 36.00 | | | 2,771.03 | | | |
| 11/6/2017 | 34 | $14.97 | | | $4,000.00 | $400.00 | | 50.00 | 650.00 | 78.00 | 36.00 | | | 2,771.03 | | | |
| 12/6/2017 | 35 | $14.97 | | | $4,000.00 | $400.00 | | 50.00 | 650.00 | 78.00 | 36.00 | | | 2,771.03 | | | |
| 1/6/2018 | 36 | $407.09 | | | $4,000.00 | $400.00 | | 50.00 | 257.88 | 78.00 | 36.00 | | | 2,771.03 | | | |
| 2/6/2018 | 37 | $664.97 | | | $4,000.00 | $400.00 | | 50.00 | | 78.00 | 36.00 | | | 2,771.03 | | | |
| 3/6/2018 | 38 | $664.97 | | | $4,000.00 | $400.00 | | 50.00 | | 78.00 | 36.00 | | | 2,771.03 | | | |
| 4/6/2018 | 39 | $664.97 | | | $4,000.00 | $400.00 | | 50.00 | | 78.00 | 36.00 | | | 2,771.03 | | | |
| 5/6/2018 | 40 | $664.97 | | | $4,000.00 | $400.00 | | 50.00 | | 78.00 | 36.00 | | | 2,771.03 | | | |
| 6/6/2018 | 41 | $664.97 | | | $4,000.00 | $400.00 | | 50.00 | | 78.00 | 36.00 | | | 2,771.03 | | | |
| 7/6/2018 | 42 | $664.97 | | | $4,000.00 | $400.00 | | 50.00 | | 78.00 | 36.00 | | | 2,771.03 | | | |
| 8/6/2018 | 43 | $664.97 | | | $4,000.00 | $400.00 | | 50.00 | | 78.00 | 36.00 | | | 2,771.03 | | | |
| 9/6/2018 | 44 | $664.97 | | | $4,000.00 | $400.00 | | 50.00 | | 78.00 | 36.00 | | | 2,771.03 | | | |
| 10/6/2018 | 45 | $664.97 | | | $4,000.00 | $400.00 | | 50.00 | | 78.00 | 36.00 | | | 2,771.03 | | | |
| 11/6/2018 | 46 | $664.97 | | | $4,000.00 | $400.00 | | 50.00 | | 78.00 | 36.00 | | | 2,771.03 | | | |
| 12/6/2018 | 47 | $664.97 | | | $4,000.00 | $400.00 | | 50.00 | | 78.00 | 36.00 | | | 2,771.03 | | | |
| 1/6/2019 | 48 | $664.97 | | | $4,000.00 | $400.00 | | 50.00 | | 78.00 | 36.00 | | | 2,771.03 | | | |
| 2/6/2019 | 49 | $664.97 | | | $4,000.00 | $400.00 | | 50.00 | | 78.00 | 36.00 | | | 2,771.03 | | | |
| 3/6/2019 | 50 | $664.97 | | | $4,000.00 | $400.00 | | 50.00 | | 78.00 | 36.00 | | | 2,771.03 | | | |
| 4/6/2019 | 51 | $664.97 | | | $4,000.00 | $400.00 | | 50.00 | | 78.00 | 36.00 | | | 2,771.03 | | | |
| 5/6/2019 | 52 | $664.97 | | | $4,000.00 | $400.00 | | 50.00 | | 78.00 | 36.00 | | | 2,771.03 | | | |
| 6/6/2019 | 53 | $664.97 | | | $4,000.00 | $400.00 | | 50.00 | | 78.00 | 36.00 | | | 2,771.03 | | | |
| 7/6/2019 | 54 | $664.97 | | | $4,000.00 | $400.00 | | 50.00 | | 78.00 | 36.00 | | | 2,771.03 | | | |
| 8/6/2019 | 55 | $664.97 | | | $4,000.00 | $400.00 | | 50.00 | | 78.00 | 36.00 | | | 2,771.03 | | | |
| 9/6/2019 | 56 | $664.97 | | | $4,000.00 | $400.00 | | 50.00 | | 78.00 | 36.00 | | | 2,771.03 | | | |
| 10/6/2019 | 57 | $664.97 | | | $4,000.00 | $400.00 | | 50.00 | | 78.00 | 36.00 | | | 2,771.03 | | | |
| 11/6/2019 | 58 | $664.97 | | | $4,000.00 | $400.00 | | 50.00 | | 78.00 | 36.00 | | | 2,771.03 | | | |
| 12/6/2019 | 59 | $664.97 | | | $4,000.00 | $400.00 | | 50.00 | | 78.00 | 36.00 | | | 2,771.03 | | | |
| 1/6/2020 | 60 | $672.77 | 60 | at | $4,000.00 | $400.00 | | 50.00 | | 94.60 | 11.60 | 55 | at | 2,771.03 | | | |
| Usecured $ | | $16,824.62 | | | | | | | | | | | | | | | |
| Total | | $41,458.00 | | | | | 1500.00 | 2500.00 | 18507.88 | 4656.60 | 2100.60 | | | | | | |
| Percent | | 41% | | | | | | | | | | | | | | | |

Label Matrix for local noticing
113A-6
Case 6:15-bk-00125-CCJ
Middle District of Florida
Orlando
Wed Jun 3 19:16:41 EDT 2015

Michael Aubut
5085 Sunset Ct
Windermere, FL 34786-8404

Mitzy Aubut
5085 Sunset Ct
Windermere, FL 34786-8404

Recovery Management Systems Corp.
Attn: Ramesh Singh
25 SE Second Avenue, Ste 1120
Miami, FL 33131-1605

SRMOF 2009-1 Trust
Quintairos, Prieto, Wood & Boyer PA
1475 Centrepark Blvd, Suite 130
West Palm Beach, FL 33401-7424

US Bank Trust National Association, As Trust
323 5th Street
Erueka, CA 95501-0305

Wells Fargo Bank, N.A.
c/o Nicole Mariani Noel
P.O. Box 800
Tampa, FL 33601-0800

American Express
Po Box 3001
16 General Warren Blvd
Malvern, PA 19355-1245

American Express Bank, FSB
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Bank of America
Attn: Correspondence Unit/CA6-919-02-41
Po Box 5170
Simi Valley, CA 93062-5170

Bank of America, N.A.
P.O. Box 940186
Simi Valley, CA 93094-0186

Bankamerica
Po Box 15168
Wilmington, DE 19850

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Chase
Po Box 15298
Wilmington, DE 19850-5298

(p)CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

Credit Management Lp
4200 International Pkwy
Carrollton, TX 75007-1912

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Florida Department of Rev
5050 W Tennessee Street
Tallahassee, FL 32399-6586

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Hsbc/bsbuy
Po Box 9
Buffalo, NY 14240-0009

Internal Revenue Service
Post Office Box 7346
Philadelphia PA 19101-7346

JPMorgan Chase Bank, N.A.
c/o Five Lakes Agency, Inc.
P.O. Box 80730
Rochester, MI 48308-0730

Mg Credit
5115 San Juan Ave
Jacksonville, FL 32210-3137

Navy Federal Cr Union
Po Box 3700
Merrifield, VA 22119-3700

Navy Federal Credit Union
PO Box 3000
Merrifield, VA 22119-3000

Online Collections
Po Box 1489
Winterville, NC 28590-1489

Orange County Tax Collector
PO Box 545100
Orlando FL 32854-5100

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Residences At Villa Medici
5172 Conroy Road
Orlando, FL 32811-3706

SRMOF 2009-1 Trust
c/o Selene Finance, LP
9990 Richmond, Suite 400 South
Houston, Texas 770424546

Select Portfolio Servicing
Po Box 65250
Salt Lake City, UT 84165-0250

Selene Finance Lp
9990 Richmond Ave Ste 40
Houston, TX 77042-8500

Trident Asset Manageme
53 Perimeter Ctr E Ste 4
Atlanta, GA 30346-2287

US Bank Trust National Association
SN Servicing Corporation
323 5th Street
Eureka, CA 95501-0305

Wells Fargo Bank Nv Na
Attn: Deposits Bankruptcy MAC# P6103-05K
Po Box 3908
Portland, OR 97208-3908

Wells Fargo Bank, N.A.
1 Home Campus
MAC X2303-01A
Des Moines, IA 50328-0001

(p)WELLS FARGO BANK NA
WELLS FARGO HOME MORTGAGE AMERICAS SERVICING
ATTN BANKRUPTCY DEPT MAC X7801-014
3476 STATEVIEW BLVD
FORT MILL SC 29715-7203

Laurie K Weatherford +
Post Office Box 3450
Winter Park, FL 32790-3450

United States Trustee - ORL7/13 7+
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

Matthew R Gross +
Nejame Law Firm
189 South Orange Avenue, Suite 1800
Orlando, FL 32801-3261

Nicole Mariani Noel +
Kass, Shuler, Solomon, Spector, etal
PO Box 800
Tampa, FL 33601-0800

Leslie Rushing +
Quintairos, Prieto, Wood & Boyer, P.A.
1475 Centerpark Blvd., Suite 130
West Palm Beach, FL 33401-7424

Viraj Prashant Deshmukh +
Pendergast & Associates, P.C.
211 Perimeter Center Pkwy, Suite 300
Atlanta, GA 30346-1305

Note: Entries with a '+' at the end of the name have an email address on file in CMECF

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bk Of Amer
Po Box 982235
El Paso, TX 79998

Citibank Usa
Citicorp Credit Services/Attn:Centralize
Po Box 20363
Kansas City, MO 64195

Department of Treasury
IRS
Philadelphia, PA 19255

Portfolio Recovery
Attn: Bankruptcy
Po Box 41067
Norfolk, VA 23541

Wells Fargo Hm Mortgag
8480 Stagecoach Cir
Frederick, MD 21701

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)None

(u)Residences at Villa Medici Condominium Ass

(u)Cynthia C. Jackson +
Orlando

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 44 |
| Bypassed recipients | 3 |
| Total | 47 |

**United States Bankruptcy Court**
**Middle District of Florida**

In re **Michael Aubut**
**Mitzy Aubut**
Debtor(s)

Case No. **6:15-bk-00125**
Chapter **13**

## DECLARATION CONCERNING DEBTOR'S AMENDED CHAPTER 13 PLAN

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing document(s), consisting of **7** page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date **June 3, 2015** Signature **/s/ Michael Aubut**
**Michael Aubut**
Debtor

Date **June 3, 2015** Signature **/s/ Mitzy Aubut**
**Mitzy Aubut**
Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com Best Case Bankruptcy